# Court of Appeals
# of the State of Georgia

ATLANTA,  December 02, 2022

*The Court of Appeals hereby passes the following order:*

**A23E0017.  SOLOMON A. JONES v. EXTRA SPACE STORAGE INC.**

On November 1, 2022, the State Court of Gwinett County issued an order denying Appellant's Motion for Summary Judgment, including a denial on a Consent to Appear by Video Teleconference. On December 2, 2022, counsel for Appellant filed an emergency motion, under Court of Appeals Rule 40 (b), seeking a review of Gwinnett State Court's order. Having considered counsel's motion, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/02/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

____, Clerk.  Stephen E. Castlen